UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGSTONE INSURANCE COMPANY, Plaintiff, vs. CITIZENS BANK, N.A., Defendant. | C.A. No. 1:23-cv-00310-MAD-DJS STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed in its entirety with prejudice and without attorneys' fees, costs, or disbursements to either party.

Dated: August 4, 2023

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP

/s/
Todd M. Gardella
1201 RXR Plaza
Uniondale, NY 11556
(516) 622-9200
tgardella@westermanllp.com

*Attorneys for Plaintiff Kingstone Insurance Company*

ADLER POLLOCK & SHEEHAN P.C.

/s/ Brenna A. Force
Geoffrey W. Millsom
Brenna Anatone Force
1 Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
gmillsom@apslaw.com
bforce@apslaw.com

*Attorneys for Defendant Citizens Bank, N.A.*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: August 4, 2023
       Albany, NY